MANUEL V. DOMENECH, TESORERO DE PUERTO RICO, demandante y apelante, *v.* José D. RODRÍGUEZ, demandado y apelado.

No. 6662.—*Sometido:* Febrero 15, 1936. *Resuelto:* Marzo 31, 1936.

*Hon. Procurador General B. Fernández García (Benjamin J. Horton en el alegato), R. Cordovés Arana, Procurador General Auxiliar y Carlos Santana Becerra, abogados del apelante; José D. Rodríguez, por su propio derecho.*

EL JUEZ ASOCIADO SEÑOR WOLF, emitió la opinión del tribunal.

Este es un caso que probablemente debió haber corrido la suerte del de *Domenech* v. *Suau, Fiol & Co.,* núm. 6651, que acabamos de resolver (ante pág. 755). Sin embargo, el deu-

dor, representado por letrado, acudió ante este tribunal y solicitó la desestimación del recurso por no haber sido notificado del mismo. Los autos de este procedimiento ejecutivo sumario demuestran que se hizo al deudor el requerimiento de pago. La corte posteriormente anuló el requerimiento y el apelante no nos convence de que el deudor, una vez requerido, no se hallaba debidamente ante la corte, no podía ser afectado por la revocación y no era, por tanto, una parte necesaria en el recurso, el cual debe ser desestimado.

El Juez Asociado Señor Travieso no intervino.